# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL A. SONGER AND LINDA SONGER, | : | No. 466 WAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| CAMERON COUNTY BOARD OF ASSESSMENT APPEAL, | : | |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| CAMERON COUNTY SCHOOL DISTRICT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.